FILED
2019 Dec-10  PM 03:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| PATRICK DUNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  2:18-cv-01072-JHE |
| | ) | |
| M&A INTERNATIONAL MARKET, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DISMISSING CASE

A stipulation of dismissal, signed by all parties who have appeared, having been filed in this action (doc. 25), it is hereby **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is **DISMISSED**, **with prejudice**, each party to bear its own costs.

DONE this 10th day of December, 2019.

**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE